UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JASON MCCORVEY, ET AL** | * | **CIVIL ACTION NO. 14-3186** |
| **Plaintiffs** | * | |
| | * | |
| **VERSUS** | * | **JUDGE DEE DRELL** |
| | * | |
| **OCWEN LOAN SERVICING LLC, ET AL** | * | |
| | * | **MAGISTRATE JUDGE KIRK** |
| **Defendants.** | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## OCWEN'S RULE 12(B)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, Ocwen Loan Servicing, LLC, and respectfully submits this Motion to Dismiss the plaintiffs' claims against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support, defendant, Ocwen Loan Servicing, LLC, respectfully requests that this Court grant its Rule 12(b)(6) Motion to Dismiss and enter an Order dismissing the plaintiffs' claims against Ocwen in their entirety and with prejudice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: /s/ *Matthew C. Juneau*
KENT A. LAMBERT (#22458)
KATIE L. DYSART (#31449)
MATTHEW C. JUNEAU (#33210)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT, OCWEN LOAN SERVICING, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 13th day of February, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail to the following non-CM/ECF participants: none.

/s/ *Matthew C. Juneau*