RECEIVED
MAY 15 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JASON McCORVEY, et ux. | CIVIL ACTION NO. 14-3186 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| OCWEN LOAN SERVICING, LLC., et al. | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that defendant's motion to dismiss, doc. 16, is GRANTED and the claims against the defendants are dismissed with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 14th day of May, 2015.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**